AARON STEIN, Respondent, v. RICHARD RAVENHALL, Appellant.— Motion denied on condition that appellant perfect the appeal, place the case on the

calendar for the April term and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Mills, Rich, Blackmar, Kelly and Jaycox, JJ.